UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA AL-ZAGHARI,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  22-cv-05808-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 4 |

Now before the Court for consideration is the Report and Recommendation ("Report") issued by Magistrate Judge Thomas S. Hixson in which he recommends that the Court dismiss this action with prejudice as barred by the vexatious litigant order in *Al-Zaghari v. Al-Zaghari*, Case No. C01-2870 MHP (N.D. Cal.), Dkt. No. 8 (Aug. 15, 2001).  (Dkt. No. 44.)  Plaintiff has not timely filed an objection to the Report.[1]

The Court finds the analysis in the Report thorough and well-reasoned, and the Court ADOPTS it in every respect.  Accordingly, and for the reasons set forth in the Report, the Court HEREBY DISMISSES this action with prejudice.  Any pending motions are DENIED as moot.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
JEFFREY S. WHITE
United States District Judge

---

[1] Although Plaintiff has not filed objections to Magistrate Judge Hixson's Report, she has submitted several other filings, which the Court has reviewed.  To the extent Plaintiff intended those filings to serve as objections to the Report, the Court finds them unpersuasive.